UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANDREW,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No: CV11-0597 DMG(RZx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [17]** |

　　　The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys' fees and costs, this matter is hereby dismissed with prejudice.

　　　**IT IS SO ORDERED.**

Dated: October 20, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1378236.1